**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: A.C.,  A MINOR : No. 223 WAL 2015
: 
: 
PETITION OF: A.C., NATURAL FATHER : Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.